IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**

02/12/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

ALI HAMED,                                                    )
                                                             )
                    Petitioner,                              )
                                                             )
    v.                                                       )        Case No. 25-3269-JWL
                                                             )
C. CARTER, Warden, FCI Leavenworth;                          )
BRADLEY MACNAIR, Deportation Officer;                        )
TODD LYONS, Acting Director, ICE;                            )
PAM BONDI, Attorney General; and                             )
Secretary, Department of Homeland Security,                  )
                                                             )
                    Respondents.                             )
                                                             )
_____)

## ORDER OF DISMISSAL

Petitioner filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, by which he challenged his detention by immigration officials. Respondents have now provided notice and evidence that petitioner left the United States on December 17, 2025, on a commercial flight with a family-purchased ticket, and that petitioner is no longer in their custody. Petitioner has not filed anything to dispute the contention that the case is now moot, and his reply deadline has now passed. Accordingly, the Court **dismisses this case as moot**.

IT IS SO ORDERED.

Dated this 12th day of February, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge